UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE PENTECOSTAL CHURCH OF DEQUINCY | CASE NO. 2:22-CV-02782 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| CHURCH MUTUAL INSURANCE CO S I | MAGISTRATE JUDGE LEBLANC |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge (Doc. 78) previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Leave to File Third-Party Demand and Counterclaim (Doc. 51) is **GRANTED** in part and **DENIED** in part. The Motion for Leave to File Third-Party Demand is **DENIED;** the Motion for leave to File Defendant's Counterclaim is **GRANTED** as instructed below.

**IT IS ORDERED** that Defendant Church Mutual Insurance Company S I file a new Answer no later than ten (10) days of this Judgment, composed of the original Answer's eight affirmative defenses and the fifty-four paragraphs responding to Plaintiff's Complaint[1] and those portions of the proposed pleading[2] relevant to the Counterclaim, but excluding allegations that pertain solely to the proposed third-party demand.

---

[1] Doc. 6, pp. 1-11.
[2] Doc. 51, att. 2.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Strike Plaintiff's Opposition to Defendant's Motion for Leave to file Third-Party Demand and Counterclaim (Doc. 65) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 26th day of February, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE