UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **THE PENTECOSTAL CHURCH OF DEQUINCY** | **CASE NO. 2:22-CV-02782** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO S I** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED, AND DECREED** that The Pentecostal Church of DeQuincy's Motion for Partial Summary Judgment (Doc. 85), The Pentecostal Church of DeQuincy's Motion to Strike Pursuant to FRCP Rule 12(F) (Doc. 86), and The Pentecostal Church of DeQuincy's Motion to Dismiss Counterclaim for Failure to State a Claim Pursuant to FRCP12(b)(6) (Doc. 89) are **GRANTED** dismissing with prejudice, Plaintiff's claims of fraud.

**THUS DONE AND SIGNED** in Chambers on this 21st day of July, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**